JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE JONES,<br><br>        Plaintiff,<br><br>        v.<br><br>FEDEX CORPORATION,<br><br>        Defendant. | Case No. CV 18-6026 FMO (RAOx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having reviewed the parties' Status Report Re: Settlement (Dkt. 68), by which the parties report that they have reached a settlement, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

Dated this 30th day of March, 2021.

                                                                    /s/<br>
                                                 Fernando M. Olguin<br>
                                             United States District Judge